FILED

NOV 0 2 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
2020 OCT 28 PM 3: 09
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

UNITED STATES OF AMERICA

v.

Edgar Cuevas-Rauldalez

Docket No. EP:19-CR-03490-KC(1)

P20 CR 487

## TRANSFER OF JURISDICTION

On this day came on to be considered the above-styled and numbered cause. The Defendant, Edgar Cuevas-Rauldalez, was sentenced to time served (149 days) followed by a three (3) year term of non-reporting supervised release, on March 4, 2020, for the offense of Illegal Re-entry, in violation of 8 U.S.C. § 1326(a) and 1326(b)(1). On October 8, 2020, Cuevas-Rauldalez was indicted under dkt. no.: 4:20-CR-00472 in the Western District of Texas, Pecos Division, final disposition of this case is pending.

It is therefore ORDERED that the above-styled and numbered cause be, and it is hereby, TRANSFERRED to the Pecos Division of the Western District of Texas.

It is further ORDERED that the U.S. Clerk's Office in El Paso, Texas, transfer the file to the U.S. Clerk's Office in Pecos, Texas.

SIGNED AND ENTERED this __26th__ day of October, 20_20_.

Kathleen Cardone
U.S. District Judge